UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER LEWIS, | No. 2:26-cv-00078-DAD-CSK |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA |
| ABF FREIGHT SYSTEM, INC., | |
| Defendant. | (Doc. No. 14) |

On February 5, 2026, the parties filed a joint stipulation requesting that this action be transferred to the United States District Court for the Central District of California because "two related class-action cases that assert the same claims against Defendant as are alleged in the *Lewis* Action already are pending against Defendant[,]" and "[t]hose cases have been voluntarily consolidated and are pending before the United States District Court for the Central District of California[.]" (Doc. No. 14 at 3.)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. 1404(a). Here, the parties' stipulation shows that all parties have consented to transferring this case to the Central District of California. Thus, pursuant to the parties' stipulated request to transfer this action, and

1

for the sake of judicial economy and efficiency, and in the interest of justice, the court will transfer this action to the United States District Court for the Central District of California.

Accordingly,

1.  The parties' stipulated request to transfer this action to the United States District Court for the Central District of California (Doc. No. 14) is GRANTED;

2.  The court hereby TRANSFERS this action to the United States District Court for the Central District of California;

3.  The court further orders the Clerk of the Court for the Eastern District of California in Sacramento, to FORWARD all filings in this action to the United States District Court for the Central District of California; and

4.  The Clerk of the Court for the Eastern District of California shall CLOSE this case upon completion of the transfer.

IT IS SO ORDERED.

Dated:   **February 9, 2026**            _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2